IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:17-CV-119-D

| | |
|---|---|
| UN4 PRODUCTIONS, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DOES 1-8, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-8

Plaintiff, UN4 Productions, Inc., by counsel and pursuant to FED.R.CIV.P. 41(a)(1)(A)(i) and 41(a)(1)(B), respectfully notifies the Court of its voluntary dismissal, without prejudice, of its complaint against the Defendants identified in Exhibit 2 to the Complaint as Does 1-8.

The case no longer remains pending against any Doe.

Dated this 17th day of April, 2018.

                                                 /s/ Kathleen Lynch        .
                                                 Kathleen M. Lynch
                                                 NC State Bar No. 37429
                                                 Lynch Van Sickle, PLLC
                                                 201 Shannon Oaks Circle
                                                 Suite 200
                                                 Cary, NC 27511
                                                 Telephone: (919) 469-5685
                                                 Email: kml@lynchvansickle.com

                                                 *Attorney for UN4 Productions, Inc.*

1

## CERTIFICATE OF SERVICE

I certify that on the 17th of April, 2018 she electronically filed the foregoing "**NOTICE OF VOLUNTARY DISMISSAL OF DOES 1-8**" with the Clerk of Court using the CM/ECF system which will electronically send notification of such filing to the parties.

/s/ Kathleen M. Lynch
Kathleen Lynch
N.C. Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorney for Plaintiff*